IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRANDI BOROUGERDI,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Civil Action No. 4:19-CV-403-O |

## **CERTIFICATE OF INTERESTED PERSONS**

      I, Mary M. (Marti) Cherry, counsel for Defendant United States of America, do hereby certify, pursuant to Local Rule 7.4 of the Northern District of Texas, that, other than Plaintiff Brandi Borougerdi and her attorneys, I am currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Dated: August 6, 2019

        Respectfully Submitted,

        ERIN NEALY COX
        UNITED STATES ATTORNEY

        /s/  *Mary M. (Marti) Cherry*
        Mary M. (Marti) Cherry
        Assistant United States Attorney
        Texas State Bar No. 24055299
        1100 Commerce Street
        Third Floor
        Dallas, TX  75242
        Telephone:   214-659-7600
        Facsimile:   214-659-8807
        E-mail:  mary.cherry@usdoj.gov

        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2019 a true and correct copy of the foregoing was electronically filed and served on the parties via the Court's CM/ECF system.

        /s/  *Mary M. (Marti) Cherry*
        Mary M. (Marti) Cherry
        Assistant United States Attorney